1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ERIC TOSCANO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>RENEWAL BY ANDERSEN, LLC, et al.<br><br>Defendants. | Case No.: CV 22-6272-DMG (JCx)<br><br>**ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a) [15]** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.  The stay in this action is LIFTED.

DATED:  August 1, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE